In the Matter of JOHN M. HAVILAND, Appellant, against
LOUIS N. ELLRODT et al., Constituting the Board of
Elections of the County of Westchester, Respondents.

(Argued October 24, 1935; decided October 25, 1935.)

*Gerald V. Reynolds* for appellant. Section 249 of the Election Law gives to the independent voters of New Castle the right to a separate row on the ballot and entitles the petitioner to have his name appear therein. (*Matter of Crane* v. *Voorhis*, 257 N. Y. 298.)

*William A. Davidson, County Attorney* (*Thomas M. Smith* of counsel), for respondents. The independent nominees, being the same as the party nominees, are not entitled to a separate row on the voting machine. (*Matter of Haskell* v. *Voorhis*, 246 N. Y. 256; *Matter of Callaghan* v. *Voorhis*, 252 N. Y. 14; *Matter of Crane* v. *Voorhis*, 257 N. Y. 298; *Matter of Shaeffer*, 237 App. Div. 278.)

*Per Curiam.* Section 249 of the Election Law (Cons. Laws, ch. 17) provides: " The names of all candidates nominated by any party or independent body for an office shall always appear in the row or column containing generally the names of candidates nominated by such party or independent body for other offices except as hereinafter provided."

The exceptions thereinafter provided do not include a case where the same person has been nominated by one party and one independent body.

The orders should be reversed and the application of the petitioner granted, without costs.

CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS. LOUGHRAN and FINCH, JJ., concur; CROUCH, J., not sitting.

Ordered accordingly.